Jamie M. Evans, OSB 117064
Evans & Evans PC
222 NE Park Plaza Drive, Suite 113
Vancouver, WA 98684
Phone: 503-200-2723; Fax: 360-828-8724
Jamie@evans-evans.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LORI G.,[1] | Case No. **3:18-cv-00597-AC** |
| Plaintiff, | |
| v. | **ORDER FOR FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT** |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | |
| Defendant. | |

It is hereby ORDERED that fees in the amount of $9,667.92 shall be awarded to Plaintiff

pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The parties agree that attorney and paralegal fees in the amount of $9,667.92 will be paid

to Plaintiff's attorneys, subject to verification that Plaintiff does not have a debt which qualifies

---

[1] In the interest of privacy, this order uses only the first name and the initial of the last name of the non-governmental party.

EXHIBIT C (PROPOSED ORDER)—PLAINTIFF'S UNOPPOSED
APPLICATION FOR FEES UNDER
THE EQUAL ACCESS TO JUSTICE ACT - 1

for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney, Jamie Evans: 222 NE Park Plaza Drive, Suite 113, Vancouver, WA 98684. If Plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made out to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

IT IS SO ORDERED.

DATED this /0ᵗʰ day of *December*, 2019.

JOHN V. ACOSTA
United States Magistrate Judge

Proposed Order Submitted:    December 9ᵗʰ, 2019

/s/ Jamie M. Evans
Jamie M. Evans, OSB 117064
Attorney for Plaintiff
Evans & Evans, PC
Ph.: 503-200-2723
Fax: 360-828-8724
Jamie@evans-evans.com

EXHIBIT C (PROPOSED ORDER)—PLAINTIFF'S UNOPPOSED
APPLICATION FOR FEES UNDER
THE EQUAL ACCESS TO JUSTICE ACT - 2

JAMIE EVANS
Evans & Evans, PC
222 NE Park Plaza Drive, Suite 113
Vancouver, WA 98684
Ph. 503-200-2723/F.360-828-8724